# IN THE SUPREME COURT OF THE STATE OF NEVADA

RIVER GLIDER AVENUE TRUST; AND ROAMER PLACE TRUST,

Appellants,

vs.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. 2007-AHL1, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AHL1,

Respondent.

No. 79160



FILED

DEC 24 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Timothy C. Williams, District Judge
     Law Offices of Michael F. Bohn, Ltd.
     Snell & Wilmer, LLP/Las Vegas
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-52022